### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **OPTIV SECURITY, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**PATRICK RAHN, et al.,**<br><br>    **Defendants.** | Case No. 1:18-cv-00741-PB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Optiv Security Inc. and Defendants Patrick Rahn, Riptide Technologies, LLC, and Sankaty Solutions, LLC, by and through their respective counsel of record, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1 and agree to the dismissal of the above-captioned matter, with prejudice, with each party to bear its or his own costs, expenses, and attorneys' fees.

Respectfully submitted,

By: /s/ Ryan P. Lirette
JAMES P. HARRIS (NH Bar No. 15336)
RYAN P. LIRETTE (NH Bar No. 19561)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701
603-627-8152
jharris@sheehan.com
rlirette@sheehan.com

ROBERT J. HINGULA (MO #56353)*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
Fax No.: (816) 753-1536
rhingula@polsinelli.com
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFF OPTIV
SECURITY, INC.

Lawrence B. Gormley, Esq.
Hoefle Phoenix Gormley & Roberts PA
127 Parrott Avenue
Portsmouth, NH 03801-4480
603-436-0666
Fax: 603-431-0879
lgormley@hpgrlaw.com

ATTORNEYS FOR DEFENDANT
PATRICK RAHN

Jonathan M. Shirley, Esq.
CullenCollimore, PLLC
10 East Pearl Street
Nashua, NH 03060
603-881-5500
jshirley@cullencollimore.com

ATTORNEYS FOR DEFENDANTS
RIPTIDE TECHNOLOGIES, LLC AND
SANKATY SOLUTIONS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to:

Lawrence B. Gormley, Esq.
Hoefle Phoenix Gormley & Roberts PA
127 Parrott Avenue
Portsmouth, NH  03801-4480
603-436-0666
Fax:  603-431-0879
lgormley@hpgrlaw.com
ATTORNEYS FOR DEFENDANT
PATRICK RAHN

Jonathan M. Shirley, Esq.
CullenCollimore, PLLC
10 East Pearl Street
Nashua, NH  03060
603-881-5500
jshirley@cullencollimore.com
ATTORNEYS FOR DEFENDANTS
RIPTIDE TECHNOLOGIES, LLC AND
SANKATY SOLUTIONS, LLC

/s/ Ryan P. Lirette
Ryan P. Lirette (NH Bar No. 19561)